# First District Court of Appeal
# State of Florida

_____

No. 1D2024-2828

_____

MATTHEW A. TOBIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

January 12, 2026

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Matthew A. Tobin, pro se, Appellant.

James Uthmeier, Attorney General, and Julian Elmo Markham, III, Assistant Attorney General, Tallahassee, for Appellee.